*Mr. Charles C. Spencer* for petitioner. *Mr. William T. Faricy* for respondent.

No. 1159. WYOMING *v.* YELLOWSTONE PARK Co. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Wyoming denied. *Mr. Ewing T. Kerr,* Attorney General of Wyoming, for petitioner. *Mr. Taylor B. Weir* for respondent.

No. 1161. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MAYTAG, ALTERNATE EXECUTOR; and

No. 1162. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MAYTAG ET AL., EXECUTORS. May 25, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Fahy* for petitioner. *Messrs. R. L. Read* and *J. G. Gamble* for respondents.

No. 1182. ROSENBAUM *v.* BROWN. May 25, 1942. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Charles H. Tuttle* for petitioner. *Messrs. Alfred A. Cook, Kenneth E. Walser,* and *Henry Cohen* for respondent.

No. 1141. BERRY ET AL. *v.* BOHN ALUMINUM & BRASS CORP. ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John H. Sutherland* and *John H. Bruninga* for petitioners. *Messrs. Arthur C. Denison* and *Frank J. Kent* for respondents.